INGRAM, administrator, *et al.* *v.* BANK OF ETON.

BECK, P. J. The motion for a new trial in this case is based upon the usual general grounds; no exception is made to any part of the charge of the court nor to any ruling pending the trial; and there being evidence to support the verdict, the judgment of the court below is

*Affirmed. All the Justices concur.*

No. 4955. AUGUST 14, 1925.

Equitable petition. Before Judge Tarver. Murray superior court. May 18, 1925.

*George G. Glenn* and *John C. Mitchell,* for plaintiffs in error. *Maddox & Maddox,* contra.

---

MCKENZIE *et al.* *v.* EMANUEL FARM COMPANY *et al.*

HINES, J. 1. Conceding that the allegations of the petition make a case entitling the plaintiffs to the equitable relief prayed, these allegations are denied by the sworn answer of the defendants; and the evidence introduced upon the issue thus raised being in conflict, this court will not disturb the judgment of the trial judge denying a temporary injunction, it not being made to appear that there was an abuse of discretion. *Bennett* v. *Dickey,* 159 *Ga.* 267 (125 S. E. 455).

2. The issues of law and fact can all be threshed out upon the final hearing.             *Judgment affirmed. All the Justices concur.*

No. 4958. AUGUST 14, 1925.

Petition for injunction. Before Judge Hardeman. Emanuel superior court. May 28, 1925.

*T. N. Brown,* for plaintiffs.

*A. S. Bradley* and *I. W. Rountree,* for defendants.